IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR A. BRANDON**                                                                        **PLAINTIFF**
**ADC #611280**

**VS.**                         **5:17CV00152-BRW-JJV**

**W.C. "DUB" BRASSELL**
**DETENTION CENTER;** *et al.*                                         **DEFENDANTS**

## ORDER

    I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt he Proposed Findings and Partial Recommended Disposition in all respects.

    Accordingly, Defendant W.C. "Dub" Brassell Detention Center is DISMISSED without prejudice due to Plaintiff's failure to state claim against it.

    IT IS SO ORDERED this 30th day of June, 2017.


                                                                                  /s/ Billy Roy Wilson
                                                                                  UNITED STATES DISTRICT JUDGE