IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDGAR A. BRANDON                                                              PLAINTIFF
ADC #611280

v.                                     5:17CV00152-BRW

W.C. "DUB" BRASSELL
DETENTION CENTER; *et al.*                                                   DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' first names are Darinda Smith, Gygaryne Brown, Cornelia Rose and Denise Canada-Johnson. (Doc. No. 30 at 1-2.) The Clerk is directed to amend the docket to reflect their first names.

Defendants' Motion for Partial Summary Judgment (Doc. No. 26) is GRANTED.

Plaintiff's cause of action is DISMISSED with prejudice.

Based on 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of March, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE