# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDGAR A. BRANDON**                                                     **PLAINTIFF**
**ADC #611280**

**v.**                        **5:17CV00152-BRW**

**W.C. "DUB" BRASSELL**
**DETENTION CENTER;** *et al.*                                      **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED with prejudice.

I certifiy, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of March, 2018.

                                         /s/ Billy Roy Wilson _____
                                         UNITED STATES DISTRICT JUDGE